UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VESTER L. PATTERSON,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM JOE SULLIVAN,<br><br>Respondent. | Case No. 1:18-cv-00705-LJO-JDP<br><br>ORDER DENYING PETITIONER'S VOLUNTARY MOTION TO DISMISS WITHOUT PREJUDICE, DISMISSING CASE WITHOUT PREJUDICE, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(Doc. No. 10) |

Petitioner Vester L. Patterson is a state prisoner proceeding pro se with a petition for a writ of habeas corpus under 28 U.S.C. § 2254. Petitioner moves to dismiss his petition without prejudice.

Federal Rule of Civil Procedure 41(a)(1)(A)(i) governs notices of voluntary dismissal of Section 2254 petitions before screening. *See* Rules Governing Section 2254 Cases, Rule 12; *Luna v. Kernan*, 784 F.3d 640, 643 (9th Cir. 2015); *Bhamani v. Apker*, No. 1:17-cv-1572, 2018 WL 684896, at *1 (E.D. Cal. Feb. 1, 2018) (collecting cases). Under Rule 41(a)(1)(A)(i), "the plaintiff may dismiss an action without a court order by filing. . . a notice of dismissal before the opposing party serves either an answer . . . ." Voluntary dismissal under Rule 41(a)(1)(A)(i) is automatic and requires no court order. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Luna*, 784 F.3d at 643.

Here, petitioner has filed a motion to dismiss this case without prejudice before the court has screened the petition. (Doc. No. 10.) Rule 41 is self-executing, so a motion to dismiss is

1

unnecessary. Accordingly, the court will deny the motion to dismiss but direct the clerk of the court to close the case.

For these reasons,

1. Petitioner Vester L. Patterson's voluntary motion to dismiss the case without prejudice (Doc. No. 10) is denied.
2. Plaintiff has dismissed the case without prejudice.
3. The clerk of the court is directed to close the case.

IT IS SO ORDERED.

Dated: June 19, 2018

/s/ *Jeremy D. Peterson*
UNITED STATES MAGISTRATE JUDGE